UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELIUS SINGLETON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2413 (EGS) |
| | )        **ECF** |
| EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEYS | ) ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

                       Respectfully submitted,

                       _____
                       MEGAN L. ROSE
                       Assistant United States Attorney
                       Judiciary Center Building
                       Civil Division
                       555 4th St., N.W., Room E4220
                       Washington, D.C.  20530
                       (202) 514-7220

                       Dated: February 15, 2006

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**CORNELIUS SINGLETON
60442-004
JESUP FCI
2680 HIGHWAY 301 SOUTH
JESUP, GEORGIA**

on this 15th day of February 2006.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building, E4220
Civil Division
555 4th Street, NW
Washington, D.C. 20530