UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELIUS SINGLETON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|    v. | ) Civil Action No. 05-2413 (EGS) |
| | )     **ECF** |
| EXECUTIVE OFFICE OF THE UNITED | ) |
| STATES ATTORNEYS[1] | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## <u>DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME</u>

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of

the United States Department of Justice ("DOJ"), by and through undersigned counsel,

respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply

or otherwise respond to the complaint brought under the Freedom of Information Act (FOIA), 5

U.S.C. § 552.  Defendant requests that the deadline for responding be extended approximately

sixty days, from February 21 to April 21, 2006.  This is Defendant's first request for an

enlargement of time in this case, and no scheduling order has been entered.  The grounds for this

motion are set forth below.

The additional time requested is needed to obtain critical information about the

circumstances of this case.  In this case, Plaintiff filed a FOIA request with EOUSA on October

26, 2005, seeking information on various Assistant United States Attorneys in several United

States Attorneys' Offices.  <u>See</u> Compl.  Accordingly, Defendant is currently attempting to

---

[1] Although Plaintiff's complaint specifically names the Executive Office of the United
States Attorneys, under the FOIA, the only proper defendant is the United States Department of
Justice.  5 U.S.C. § 552(a)(4)(B) and (f)(1).

determine what actions have been taken with respect to Plaintiff's request.  Once Defendant

obtains the necessary information, counsel for Defendant can then consult with agency counsel

and better address the relevant issues.  Counsel for Defendant anticipates being able to file a

dispositive motion in this case.  Additional time will allow counsel for Defendant to coordinate

with agency counsel and prepare Defendant's response to the Complaint.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing

Defendant some additional time to formulate its response will aid both the parties and the Court

in the development and resolution of this case.

Because plaintiff, *pro se*, Cornelius Singleton, is a federal prisoner, counsel for Defendant

did not attempt to contact him concerning his position on this motion.[2]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

answering or otherwise responding to Plaintiff's Complaint be extended to and including April

21, 2006.

Dated: February 15, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**CORNELIUS SINGLETON**

**60442-004**

**JESUP FCI**

**2680 HIGHWAY 301 SOUTH**

**JESUP, GEORGIA**

on this __15th__ day of February, 2006.

_____

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530