UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELIUS SINGLETON )<br>)<br>Plaintiff, )<br>)<br>v.  )<br>)<br>EXECUTIVE OFFICE OF THE UNITED )<br>STATES ATTORNEYS[1] )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2413 (EGS)<br>ECF |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply or otherwise respond to the complaint brought under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended eighteen days, specifically from April 21 to May 9, 2006.  This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered.  The grounds for this motion are set forth below.

The additional time is needed for Defendant EOUSA to coordinate with several United States Attorneys' Offices and to correspond with the Plaintiff, *pro se*, a federal prisoner.  By letter dated March 22, 2006, Plaintiff advised the undersigned counsel that he considered Defendant's March 15, 2006 release of information insufficient.  Out of an abundance of caution,

---

[1] Although Plaintiff's complaint specifically names the Executive Office of the United States Attorneys, under the FOIA, the only proper defendant is the United States Department of Justice.  5 U.S.C. § 552(a)(4)(B) and (f)(1).

Defendant then asked several United States Attorney's Offices to conduct supplemental searches for the requested information. Accordingly, Defendant now needs the additional time in order to complete its correspondence and coordinate with the undersigned counsel concerning Defendant's response to the complaint. In addition, counsel will be out of town from April 27 to May 2, 2006.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

Because plaintiff, *pro se*, Cornelius Singleton, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[2]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to and including May 9, 2006.

Dated: April 20, 2006.

                                                        Respectfully submitted,

                                                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                                        United States Attorney

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **CORNELIUS SINGLETON**
> **60442-004**
> **JESUP FCI**
> **2680 HIGHWAY 301 SOUTH**
> **JESUP, GEORGIA**

on this 20th day of April, 2006.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530