UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CORNELIUS SINGLETON | * |
| Plaintiff, | * |
| v. | * Civil Action No. 05-2413 |
| | * ECF  EGS |
| EXECUTIVE OFFICE OF THE UNITED STATES ATTORNEYS | * |
| Defendant. | * |

## MOTION IN OPPOSITION TO COURT'S ORDER GRANTING EXTENSION OF TIME

**INTO COURT NOW COMES** Cornelius Singleton ("Plaintiff") pro se, informa pauperis, and respectfully lodge this his objection to the Court's order granting the Defendant herein a second extension of time. In support Plaintiff would show the Court as follows:

1. On April 24, 2006, Plaintiff received via the Institution mail a copy of the Defendant's motion seeking a second extension of time and simultaneously this Court's order entered April 21, 2006.

2. Plaintiff, respectfully contends that the Defendant's are engaging in "stall tactics."

3. As noted by the Defendant's motion, Defendant were aware as early as March 22, 2006, that their previous response was insufficient.

4. However, Defendant neither made any attempt to secure the documents are move this court for a continuance despite a months notice,

instead the only response by Defendant's was to file a motion for extension on the eve of the expiration of the first extension of time.

5. Plaintiff avers that the Defendant's second motion for enlargement of time is not in good faith, when viewed in the light that the Defendant at all times had requested the documents in question and if it was not for Plaintiff bringing this action, Defendant would not have attempted to comply with the provisions of the Freedom of Information Act.

6. Plaintiff believes that the Defendant's herein possess the necessary intent and technology to fraudulently manufacture the requested documents.

7. That Plaintiff is fully aware that this Court will not <u>rescind</u> its Order of April 21, 2006, granting the Defendant's April 20, 2006, motion for extension of time. However, Plaintiff would so state for the record that he would be **opposed** to a further extension of time.

Respectfully submitted,

*Cornelius Singleton*
Cornelius Singleton
USM#60442-004
Jesup FCI
2680 Highway 301 S.
Jesup, GA 31599

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was deposited with adequate postage to effectuate delivery via First Class Mail upon Defendant's attorney of record:

Megan Rose, AUSA
Judiciary Center Building
Civil Division
555 4th St. NW
Washington, D.C. 20530

on this 24th day of April 2006.

*Cornelius Singleton*
Cornelius Singleton, Pro Se
USM#60442-004
Jesup FCI
2680 Highway 301 South
Jesup, GA 31599