Singleton v. EOUSA, Civil Action No. 05-2413 (DDC)
EXHIBITS 16-22 TO CICCONE DECLARATION
*Request No. 06-176: USAO-DC*
*(District of Columbia)*

# EXHIBIT #16

October 26, 2005

RECEIVED

2005 NOV -0  AM 10:54

DEPT. OF JUSTICE/EOUSA
FOI/PRIVACY UNIT

Cornelius Singleton
USM#60442-004
Jesup FCI
2680 Highway 301 South
Jesup, GA 31599

Director, EOUSA
FOIA/Privacy Act Unit
600 E. Street, N.W. Room 7300
Washington, D.C. 20530-0001

Re: Public Documents concerning Former or Present Public Officials

Dear Sir/Madam:

This letter constitutes a formal request for copies of the below listed former or present Assistant United States Attorney's letters of appointment and oath of office as required by Title 28 U.S.C.A. §§§ 515, 543 and 544.

1. Maria J. Beguiristain, AUSA Southern District of Florida
2. Joseph Capone, AUSA Southern District of Florida
3. William Bryan, AUSA Southern District of Florida
4. Roger Steffin, AUSA Southern District of Florida
5. William White, AUSA Southern District of Florida
6. Michael Brown, AUSA Southern District of Florida
7. Vivian Rosardo, AUSA Southern District of Florida
8. Jill Rose, AUSA Western District of North Carolina
9. Robert Hidgon, AUSA Westetn District of North Carolina
10. Deborah Ashburn, AUSA Western District of North Carolina
11. John Dominquez, AUSA District of Columbia
12. Mary O"Connor, AUSA District of Columbia
13. Sunny Koshy, AUSA Middle District of Tennessee

As the above named individuals were or still is public servants there letters of appointment and oath of office should be readily available from this office.



FILE COPY
#06-176(DC)

If indeed, there is <u>any</u> cost associated with this venture please advise me accordingly. If no such records exist as to <u>any</u> of the individuals named herein as to their appointment and oath of office please indicate accordingly.

Per statutory requirement your agency is required to serve upon me the requested documents within twenty days (20) of the receipt of this certified mail. Failure to respond within the time limit or notice as to delay will be construed by me as failure to provide me with the requested documents to which I would have no alternative but to file a suit asking for declaratory and injunctive relief plus cost. Thanks kindly for your timely and prompt response.


Sincerely,

Cornelius Singleton, Sui Juris



-2-


cc: File

# EXHIBIT #17



**U.S. Department of Justice**

Executive Office for United States Attorneys

(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)

Freedom of Information & Privacy Staff                    *600 E Street, NW, Suite 7300, Washington, DC 20530*

To FOIA/PA Contact:  Coleen McGowen                             **FEB – 7 2006**

District or Office:      USAO-DC

EOUSA Request No.:  06-176

FOIA Requester:      Cornelius Singleton

Subject:                AUSA Oaths of Office

Please note that a lawsuit has been filed regarding the above FOIA request. The complaint (*attached*) is captioned <u>Singleton v. EOUSA</u>, Civil Action No. 05-2413 (DCD).

The EOUSA staff attorney assigned to this case is: Anthony J. Ciccone (202-616-6757). The Assistant U.S. Attorney primarily responsible for handling the litigation in court is: <u>Megan Rose</u>, whose phone number is <u>202-514-7220</u>.

In connection with the litigation, please do the following:

1. **Do not purge files.**

2. Expedite your production of responsive documents to this office, if not already done. However, if you estimate there would be more than 2 hours of search time or 250 pages of responsive records (other than court filings), please contact us immediately.

3. Notify the AUSAs who handled the primary case (and, if applicable, those responsible for any appeal) that this matter is now the subject of pending FOIA litigation.

4. You or others may be asked to prepare a declaration describing your search for and preservation of responsive documents after you received the FOIA request. If so, the staff attorney assigned to this case will contact you to assist in drafting the declaration.

Please call the assigned staff attorney at your earliest convenience to discuss this matter.

Sincerely yours,

William G. Stewart II
Acting Assistant Director

Enclosure                                                              *Lit-1 (Rev. 2/7/06)*

# EXHIBIT #18

# Memorandum

| | | | |
|---|---|---|---|
| FOR RETURN TO: | FOIA AND PRIVACY STAFF 600 E STREET, N.W., ROOM 7300 Washington, D.C. 20530-0001 | DATE RETURNED: | |

| Subject | Date FEB 1 3 2006 |
|---|---|
| Requester: CORNELIUS SINGLETON Subject: AUSAs DOMINQUEZ, O'CONNOR(OATHS OF OFC) Number: 06-176 District: DDC | |

| To | From |
|---|---|
| FOIA/PA CONTACT COLEEN MCGOWAN | Shirley Botts Liaison EOUSA TEL: 202-616-0195 FAX: 202-616-6478 |

We have received the attached Freedom of Information Act request. Because it is not the typical first party request for all records about the requester (i.e., it asks for a specific record, statistical data, office administrative records, records about a staff member, etc.), look **ONLY** for the record(s) described by the requester. DO NOT SEND COURT-FILED RECORDS UNLESS SPECIFICALLY REQUESTED.

If you have questions or need to discuss this request, please call my office at the number above. Otherwise, please either forward copies of the requested record(s) or indicate below that there are **NO RECORDS** responsive to the request and return this memorandum to the address above.

Thank you for your cooperation.

Attachment(s)

PLEASE CHECK ONE:

      X      Records requested are enclosed.

See comments. X      No records responsive to this request.

_____ Pending investigation, trial, appeal or fugitive(s) involved: **CALL** our office at the number above and complete pending checklist 007A.

COMMENTS:

Our office would only have the records for the D.C. AUSA's. We will not hold responsive records for the other AUSA's.

Signature of person completing this checklist: Uma Willie

Date signed: 2/15/06     Telephone Number: (2)307·0268

Name and phone number of AUSA assigned to, or familiar with, case:

Megan Rose (2)514.7220

Form No. 010B - 6/99

Tony: 70003

## Certification of Search

EOUSA NO.:_____06-176_____

Requester's Name: ___Cornelius Singleton_____

District or EOUSA Component: ____USAO-DC_____

I certify that I conducted a search for records responsive to the above-referenced FOI/PA request as follows:

1a.   Names searched under __John Dominguez and Mary O'Connor__
      Any other names searched, A.K.A. etc. _____

1b.   Subject searched under __employees_____

1c.   Case files searched CR#, CIV# __Civil HR Files OPM_____

2.    Computer Systems Searched: _____
      _____ PROMIS; _____ TALON; _____ LIONS;
      ____X____ Others, List: __HR-OPM searched their personnel records__

3.    I searched all card file indexes for _____ Criminal; _____ Civil;
      _____ Asset Fortfeiture cases; _____ other files index for our office.  N/A

4.    I searched the Federal Records Center _____ Criminal; _____ Civil;
      _____ other files index for our office.  N/A

5.    Records were destroyed. Attached is a copy of evidence to prove that records were
      destroyed. __N/A_____

6.    I e-mailed/faxed/phoned _____ Criminal AUSAs; _____ Civil AUSAs; and
      ____X____ other staff members (i.e., __Derrick Gregory-HR_____)
      regarding whether they have any files in their offices on subject(s).

7.    I took other search measures, as follows: __contacted HR to request__
      __records for D.C. AUSA's._____

8.    I have attached all written documentation, indicating dates I searched, where, who I called,
      etc.

I declare, under penalty of perjury, that the foregoing is true and correct.

Date Executed: __2/16/06_____. Phone Number: __202·307·0268__

Typed Name/Title: __Tina T. Williams Lead Paralegal / FOIA Specialist__

Signature: __Tina T. Wa_____

Form No. 041 - 11/14/05



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

## FOIA COST TRACKING FORM

EOUSA NO.: __06-176__

Requester's Name: __Cornelius Singleton__

District or EOUSA Component: __USAO-DC__

The Freedom of Information Act allows us to charge for search time. Search time is the time spent searching for the requested record. Please keep track of the time spent searching for the records to respond to the above request.

The data provided by your office under "Actual Time Expended", will be the basis for the Annual FOIA/PA Report to Congress. Every employee in your office who has expended any time on this request should fill out the amount of time expended.

It is <u>essential</u> to return this completed form at the time the attached memorandum is returned.

### ACTUAL TIME EXPENDED

MINUTES/HOURS

[  ] ATTORNEY        _____

[X] PARALEGAL        _20 minutes_

[  ] OTHER: _____   _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Date Executed: __2/16/06__. Phone Number: __(2) 307·0268__

Typed Name/Title: __Tina T. Williams   Lead Paralegal (FOIA specialist__

Signature: __Tina J W__

Form No. 036 - 11/14/05

# EXHIBIT #19



U.S. Department of Justice

Executive Office for United States Attorneys

(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)

Freedom of Information & Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC  20530*

Requester: Cornelius Singleton          Request Number: 06-176

Subject of Request:    AUSAs Dominquez and O'Connor (Oaths of Ofc.)/USAO-DC

Dear Requester:                                                             MAR 15 2006

        Your request for records under the Freedom of Information Act/Privacy Act has been processed.  This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' offices.  To provide the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

        After a search by the U.S. Attorney's Office for the District of Columbia (USAO-DC), all responsive records that could be located are being released to you in full.   **NOTE: Please be advised that AUSA O'Connor is no longer with the USAO-DC, although you may be able to obtain such records directly from the Federal Records Center (address below), which is outside our jurisdiction:**

                **Federal Records Center**
                **111 Winnebago Street**
                **St. Louis, MO 63118**

        Please note that your original letter was split into separate files ("requests"), for processing purposes, depending on the nature of what you sought.  Each file was given a separate Request Number (listed below), for which you will receive a separate response:  06-174, 06-175, 06-176, 06-177  .

        This is our final action on this above-numbered request.  You may appeal this decision on this request by writing within 60 days from the date of this letter to the Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.  Both the letter and envelope should be marked "FOIA Appeal."  If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

                                        Sincerely,

                                        William G. Stewart II
                                        Acting Assistant Director

Enclosure

No. 021A - no fee - 2/04

*U.S. Department of Justice - Executive Office for U.S. Attorneys - FOIA/Privacy Staff - Washington, DC 20530*

REQUESTER:   Cornelius Singleton

EOUSA File #:   06-176

# DOCUMENTS "RIF"
# (Released in Full)

## Pages:   1

STANDARD FORM 6.
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61–107

OMB APPROVAL NO. 50–R0118

# APPOINTMENT AFFIDAVITS

Assistant U.S. Attorney

*(Position to which appointed)*

January 22, 1984

*(Date of appointment)*

Department of Justice U.S. Attorney's Office  Washington, D.C.

*(Department or agency)*        *(Bureau or division)*        *(Place of employment)*

I, JOHN P. DOMINGUEZ , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this ___23rd___ day of ___January___ A.D. 19_84_,

at __Washington,__                              __D.C.__
        *(City)*                                    *(State)*

[SEAL]

*(Signature of officer)*

JOHN P. HUME
Acting U.S. Attorney

Commission expires_____
(If by a Notary Public, the date of expiration
of his Commission should be shown)

*(Title)*

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

✩U.S. G.P.O. 1982–361-526/8096

# EXHIBIT #20



**U.S. Department of Justice**



Executive Office for United States Attorneys

_____

(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)

Freedom of Information & Privacy Staff          *600 E Street, NW, Suite 7300, Washington, DC 20530*

To FOIA/PA Contact:  __Tina Williams_____          APR  −7  2006

District or Office:    __USAO-DC_____

EOUSA Request No.:  _06-176_____

FOIA Requester:      __Cornelius Singleton_____

Subject:             __Oaths of Office & Letters of Appointment  (USAO/DC)__
                     __AUSAs Dominquez and O'Connor_____

     This is in further regard to the litigation associated with the above-referenced Request, captioned <u>Singleton v. EOUSA</u>, Civil Action No. 05-2413 (DCD).

     ***Your expedited assistance is required in conducting a supplemental search.***

     While we previously sent the requester Oaths of Office on March 15, 2006 (attached), he also seeks "<u>letters of appointment</u> detailing the tenure of the position or any extension," as noted in his response dated March 22 (also attached).

     Accordingly, please review your Office's records for such "letters of appointment" and furnish any responsive documents, along with fully executed copies of the accompanying  search and time certifications (Forms 036 and 041).  *NOTE:  Please do <u>not</u> redact or white-out any parts of responsive documents;* our Staff will assert any appropriate FOIA/PA exemptions prior to release, but we must have unredacted copies for our files.

     The EOUSA staff attorney assigned to this case is:  Anthony J. Ciccone  (202-616-6757). Please forward your response directly to his attention no later than c.o.b. <u>Monday, April 17, 2006,</u> as our current court deadline is April 21.

     Thank you for your expedited attention to this, and please advise if any questions.

                         Sincerely yours,

                         William G. Stewart II
                         Acting Assistant Director

cc: AUSA Megan Rose

Enclosure                                                          *Lit-3 (Rev. 4/7/06)*

# EXHIBIT #21



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
### Cover

---

| To: | Tony Ciccone | From: | Tina Williams |
|-----|--------------|-------|---------------|
| Fax: | 202-616-6478 | Phone: | 307-0268 |
| Date: | April 28, 2006 | | |
| Re: | Singleton | | |
| Page(s): | **3** pages including cover | | |

COMMENTS:

---

### U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**

FROM U. S. ATTTORNEY'S    OFFICE          (FRI) 4.28'06 11:26/ST.11:25/NO.4861391458 P 2

## Gregory, Derrick (USADC)

| | |
|---|---|
| **From:** | Williams, Tina (USADC) |
| **Sent:** | Monday, April 10, 2006 7:49 AM |
| **To:** | Gregory, Derrick (USADC) |
| **Subject:** | FOIA request 06-176 |

**Importance:**    High

Derrick:

While we previously sent the requester Oaths of Office for AUSA John Dominguez, he also seeks "letters of appointment detailing the tenure of the position or any extensions granted".

Could you please provide these documents to me as soon as possible.

Thanks

Ms. William,

The Attached is the closest to what I can find that you seek.

Derrick

The date on the letter is February 22, 1984

FROM U. S. ATTTORNEY'S    OFFICE              (FRI) 4.28'06 11:26/ST. 11:25/NO. 4861391458 P  3

**U.S. Department of Justice**

Office of the Deputy Attorney General

*Attorney Personnel Management*

---

*Washington, D.C. 20530*

Mr. Joseph E. diGenova
United States Attorney
Washington, D.C.

Dear Mr. diGenova:

    This refers to your recommendation for the appointment
of John P. Dominguez as Assistant United States Attorney
for the District of Columbia.

    Mr. Dominguez is appointed at a salary of *$42,400 per
annum.  You·are therefore authorized to place him on duty.
It is necessary for us to have the Appointment Affidavit
before a DJ-50 can be issued.

    Please extend to Mr. Dominguez my congratulations on
his appointment.  I am certain that under your leadership
he will find both success and satisfaction in his work.

                        Sincerely,

                        Harry L. Gastley
                        Deputy Director
         Office of Attorney Personnel Management

*INCLUDES JANUARY 1984 COLA OF 3.5%

EXHIBIT #22



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Bicentennial Building, Suite 7300*
*Washington, DC 20530-0001*
*(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)*

Requester: Cornelius Singleton                    Request Number: 06-176

Subject of Request:  AUSAs Dominquez and O'Connor (*Supplemental Release:* Letters of Appointment)/USAO-DC

Dear Requester:                                         APR 2 6 2006

    This is a supplemental response to your above-referenced request by the Executive Office for U.S. Attorneys (EOUSA), which is the record-keeper for all EOUSA components and United States Attorneys' Offices nationwide. *Please use the above number when referring to this request.* To provide the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    After a prior search by the U.S. Attorney's Office for the <u>District of Columbia (USAO-DC)</u>, we previously released to you the available current oath(s) of office for the above-referenced Assistant United States Attorney(s) ("AUSAs") by letter dated March 15, 2006.

    We understand that, by letter dated March 22, 2006, you subsequently advised counsel in <u>Singleton v. EOUSA</u>, Civil Action No. 05-2413 (D.D.C.), that you consider our prior release insufficient, because it did not include "letters of appointment" in addition to oaths of office. Although we typically deem oaths of office more probative of AUSAs' authority than "letters of appointment" – which may, for example, be conditional upon successful drug testing and background investigation requirements – we asked the above-referenced USAO to conduct a supplemental search for the "letters of appointment" that you seek.

    After completion of the supplemental search by the above-referenced USAO, all responsive records that could be located are being **released** to you in full. **NOTE: Please be advised that AUSA <u>O'Connor</u> is no longer with the <u>USAO-DC</u>, although you may be able to obtain such records directly from the Federal Records Center (address below), which is outside our jurisdiction:**

        **Federal Records Center**
        **111 Winnebago Street**
        **St. Louis, MO 63118**

[ **X** ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:
     √   06-174; 06-175; 06-176; 06-177                                        .

Form No. 021Anofee - 4/06

This is our final action on the above-numbered request. Because this matter is already the subject of pending litigation in federal District Court, you need not file an administrative appeal with the Department of Justice Office of Information and Privacy, and may instead raise any issues concerning the above-referenced request in court. *See* 28 CFR § 16.9(a)(3) ("An appeal ordinarily will not be acted on [by OIP] if the request becomes a matter of FOIA litigation").

Sincerely,

William G. Stewart II
Acting Assistant Director

[ **X** ] See Enclosure(s)

Form No. 021Anofee - 4/06

*U.S. Department of Justice - Executive Office for U.S. Attorneys - FOIA/Privacy Staff - Washington, DC 20530*

REQUESTER:  Cornelius Singleton

EOUSA File #:  06-176 (USAO-DC)


# DOCUMENTS "RIF"
# (Released in Full)

Pages:    1



**U.S. Departmen.  .i Justice**

Office of the Deputy Attorney General

*Attorney Personnel Management*

_____

*Washington, D.C. 20530*

Mr. Joseph E. diGenova
United States Attorney
Washington, D.C.

Dear Mr. diGenova:

    This refers to your recommendation for the appointment
of John P. Dominguez as Assistant United States Attorney
for the District of Columbia.

    Mr. Dominguez is appointed at a salary of *$42,400 per
annum.  You are therefore authorized to place him on duty.
It is necessary for us to have the Appointment Affidavit
before a DJ-50 can be issued.

    Please extend to Mr. Dominguez my congratulations on
his appointment.  I am certain that under your leadership
he will find both success and satisfaction in his work.

                            Sincerely,


                            Harry L. Gastley
                            Deputy Director
            Office of Attorney Personnel Management



*INCLUDES JANUARY 1984 COLA OF 3.5%

RiF