UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELIUS SINGLETON )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE OF THE UNITED )<br>STATES ATTORNEYS[1] )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 05-2413 (EGS)<br>ECF |

**ORDER**

This matter having come before the Court on Defendant's, Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), Motion For Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion _____ is hereby GRANTED; and it is

FURTHER ORDERED that plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
Emmett G. Sullivan
United States District Judge

---

[1] Although Plaintiff's complaint specifically names the Executive Office of the United States Attorneys, under the FOIA, the only proper defendant is the United States Department of Justice. 5 U.S.C. § 552(a)(4)(B) and (f)(1).