UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CORNELIUS SINGLETON,                    *

        Plaintiff,                *

                              *

                              *    Civil Action No. 05-2413(EGS)

v.                                      *

                              *

EXECUTIVE OFFICE OF THE                 *
UNITED STATES ATTORNEYS,                *

        Defendant.                *

_____/

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
## PURSUANT TO FED. R. CIV. PR. 6(b)

**INTO COURT NOW COMES** Cornelius Singleton, ("Plaintiff") appearing pro se and respectfully move this Court for a grant of an extension of time to respond to the Defendant's motion for summary judgment. In support thereof, Plaintiff would respectfully show the Court as follows:

1. The Defendant herein have filed a motion for summary judgment in the above styled proceedings.

2. By Order dated May 10, 2006, the Court have duly advise Plaintiff to respond to the Defendant's motion within 30 days or suffer the consequences.

3. This Court have granted the Defendant's two extension of time to adequately respond to Plaintiff's allegation.

4. The pleadings and exhibit attached to Defendant's motion or

voluminous and fact intensive, which is going to take time to digress.

5. Plaintiff is appearing pro se and do not have the resources necessary to respond to the Defendant's motion within 30 days.

6. Plaintiff's access to the law library and obtaining assistance from others is limited.

7. That the Defendant's would not be prejudiced in anyway shape or form if this Court grant Plaintiff an additional 30 days in which to adequately respond to the Defendant's motion, being on or about July 9, 2006.

WHEREFORE, good cause shown and in the interest of justice the foregoing should be granted. Justice requires nothingless!

Respectfully submitted,

Cornelius Singleton

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand delivered to a member of my Unit Team (Foxtrot Alpha) affixed with adequate postage to effectuate delivery upon Defendant's attorney of record: Megan L. Rose, Assistant United States Attorney Judiciary Center Building, 555 Fourth Street, N.W., Washington, D.C. 20530, this 16th day of May, in the Year of Our Lord 2006.

Submitted by,

Cornelius Singleton
USM#60442-004
Jesup FCI
2680 Highway 301 South
Jesup, GA 31599