UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNELIUS SINGLETON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2413 (EGS) |
| | )          ECF |
| EXECUTIVE OFFICE OF THE UNITED | ) |
| STATES ATTORNEYS[1] | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO REPLY**

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply to plaintiff's opposition in this Freedom of Information Act (FOIA), 5 U.S.C. § 552, case. Defendant requests that the deadline for replying be extended approximately thirty days, specifically until August 14, 2006. This is Defendant's first request for an enlargement of time to reply in this case, and no scheduling order has been entered. The grounds for this motion are set forth below.

The additional time is needed because although Plaintiff's certificate of service indicates that he served his opposition on June 22, 2006, Defendant did not receive notice of Plaintiff's opposition until July 12, 2006, when the opposition was entered on the Court's electronic filing system. See Docket Entry No. 16. Today, July 13, 2006, Defendant received Plaintiff's

---

[1] Although Plaintiff's complaint specifically names the Executive Office of the United States Attorneys, under the FOIA, the only proper defendant is the United States Department of Justice. 5 U.S.C. § 552(a)(4)(B) and (f)(1).

opposition through the mail.  Consequently, counsel for Defendant needs this additional time to confer with the agency and prepare Defendant's reply.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

Because plaintiff, *pro se*, Cornelius Singleton, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[2]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to and including August 14, 2006.

Dated: July 13, 2006.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                      United States Attorney

                                      /s/_____
                                      MEGAN L. ROSE, N.C. Bar # 28639
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th Street, N.W.
                                      Washington, D.C.  20530
                                      (202) 514-7220

---

[2]  Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **CORNELIUS SINGLETON**
> **60442-004**
> **JESUP FCI**
> **2680 HIGHWAY 301 SOUTH**
> **JESUP, GEORGIA**

on this 13th day of July, 2006.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530