**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CORNELIUS SINGLETON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2413 (EGS)** |
| ) | |
| **EXECUTIVE OFFICE FOR** ) | |
| **UNITED STATES ATTORNEYS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

In accordance with the Memorandum Opinion issued this 1st day of November, 2006, it is

ORDERED that defendant's motion to summary judgment [13] is GRANTED.  It is

FURTHER ORDERED that summary judgment is entered in favor of defendant.

_____/s_____
EMMET G. SULLIVAN
United States District Judge